UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| EARNEST ISAACS LUMBER COMPANY, INC., | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | Civil Action No. 5: 18-388-DCR |
| V. | ) ) ) | |
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | **ORDER** |
| Defendant/Counter Claimant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Earnest Isaacs Lumber Company, Inc., and Defendant Cincinnati Specialty Underwriters Insurance Company have filed a stipulation and tendered a proposed agreed order of dismissal, with prejudice. [Record Nos. 45, 46] Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order, docketed as a motion [Record No. 46], is **GRANTED.**

2. All claims asserted in this action are **DISMISSED**, with prejudice.

3. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated: April 22, 2019.

